IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

In regards to:                    )
                                  )    Chapter 13 Proceeding
    DOROTHY LEE,                  )    Case No. 07-02140 (Chicago)
                                  )    Honorable Jack B. Schmetterer
                                  )
            Debtor,               )

## STATEMENT OF OUTSTANDING OBLIGATIONS

PLEASE TAKE NOTICE that Beneficial Illinois Inc. d/b/a Beneficial Mortgage Co. of Illinois ("Beneficial"), a creditor of Debtor Dorothy Lee (the "Debtor"), submits this Statement of Outstanding Obligations itemizing certain post-petition obligation due Beneficial which Debtor has failed to remit.

According to Beneficial's records, the Debtor's account is currently four months in arrears.

The total amount owed is determined as follows:

|              |            |
|--------------|-----------:|
| May 2007     | 161.06     |
| June 2007    | 654.92     |
| July 2007    | 654.92     |
| August 2007  | 654.92     |
| Total:       | $ 2,125.82 |

Beneficial hereby requests that the Debtors propose a modified plan to provide for payment of this post-petition arrearage.

/s/ *Casey B. Hudson*

Casey B. Hudson, Esq.
Larson & Associates, P.C.
230 W. Monroe-Suite 2220
Chicago, Illinois 60606
(312) 422-1900
ARDC No. 6289784