```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02140
    DOROTHY LEE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3702

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 02/07/2007 and was confirmed 06/20/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated 100.00% from remaining funds.

       The case was paid in full 06/19/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 BENEFICIAL ILLINOIS INC   CURRENT MORTG        .00             .00            .00
 BENEFICIAL ILLINOIS INC   MORTGAGE ARRE     679.92             .00         679.92
 HUMANA                    UNSECURED         NOT FILED          .00            .00
 MEDICAL COLLECTIONS SYS   UNSECURED         NOT FILED          .00            .00
 MEDICAL COLLECTIONS SYS   UNSECURED         NOT FILED          .00            .00
 MRSI                      UNSECURED         NOT FILED          .00            .00
 MRSI                      UNSECURED         NOT FILED          .00            .00
 MRSI                      UNSECURED         NOT FILED          .00            .00
 NATIONWIDE CREDIT CO      UNSECURED         NOT FILED          .00            .00
 MIDWEST VERIZON WIRELESS  UNSECURED           332.61           .00         332.61
 WAL MART STORES INC       UNSECURED         NOT FILED          .00            .00
 WASHU PARTNERS CALUMET C  UNSECURED         NOT FILED          .00            .00
 WELLS FARGO FINANCIAL IL  SECURED NOT I     1627.13            .00            .00
 MRSI                      UNSECURED         NOT FILED          .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,414.00                      2,414.00
 TOM VAUGHN                TRUSTEE                                           261.69
 DEBTOR REFUND             REFUND                                            583.78

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                  4,272.00

 PRIORITY                                           .00
 SECURED                                         679.92
 UNSECURED                                       332.61
 ADMINISTRATIVE                                 2,414.00
 TRUSTEE COMPENSATION                             261.69
 DEBTOR REFUND                                    583.78
                        ---------------     ---------------
 TOTALS                   4,272.00              4,272.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02140 DOROTHY LEE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```